**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE:     6/20/2011                              CONTINUED HEARING _____
TIME:     10:00 AM
DOCKET #: 32 & 40
CASE #:   10-62822
IN RE:    JAMES T. & PAULINE GAVIN              PRESENT: X
COUNSEL FOR DEBTOR(S):  GARREN/C    PRESENT: ✓    By: _____
TRUSTEE:  BESKIN/H                   PRESENT: X

---

TYPE OF HEARING:  DEBTORS' OBJECTION TO CLAIM NO. 14 OF DAVID MCGOWAN AND CREDITOR'S RESPONSE

---

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
| JAMES T. & PAULINE GAVIN | C. LAMAR GARREN | ✓ |
| DAVID MCGOWAN -CREDITOR | PRO SE | ✓ |
|  |  |  |

---

| HEARING CONTINUED: | DATE/TIME: |
|---|---|

RULING: To go forward as adversary proceeding — Proper complaint to be filed within 2 weeks.

ORDER DUE: ✓                         TO BE TENDERED BY: Garren

ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:

BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.